**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:21-CV-473-RJC-DCK**

| | | |
|---|---|---|
| **SUSAN GORDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **US CITIZENSHIP AND IMMIGRATION** | ) | |
| **SERVICES, UR MENDOZA JADDOU and** | ) | |
| **LAURA ZUCHOWSKI,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by David Nicholas Harling, concerning Jeffrey D. Joseph, on September 9, 2021. Jeffrey D. Joseph seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Jeffrey D. Joseph is hereby admitted *pro hac vice* to represent Plaintiff.

      **SO ORDERED**.

Signed: September 9, 2021

David C. Keesler
United States Magistrate Judge